1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8             UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11

12
                                    ) Case No.**2:12-cv-01319-JAM-CKD**
13 Scott N. Johnson                  )
                                    ) **ORDER RE: REQUEST FOR DISMISSAL**
14          Plaintiff;               )
                                    )
15     vs.                           ) **Dismissal of Defendant BP West
                                    ) Coast Products, LLC Without
16 BP West Coast Products, LLC, et ) Prejudice**
                                    )
17 al,                              )
                                    ) Case to Remain Open with
18          Defendants.             ) Remaining Defendants
                                    )
19 _____ )

20
        IT IS SO ORDERED THAT Defendant, BP West Coast
21
   Products, LLC, is hereby dismissed without prejudice
22
   pursuant to Fed. R. Civ. P. Rule 41(a)(2). Case is to
23
   remain open with remaining Defendant Paul & Paul, Inc.
24

25
   Date:  7/12/2012
26

27                          /s/ John A. Mendez_____
                            U. S. District Court Judge
28

                PROPOSED ORDER RE REQUEST FOR DISMISSAL

                   CIV: S-12-1319-JAM-CKD 1

PDF created with pdfFactory trial version www.pdffactory.com