SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01319-JAM-CKD** |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | ) **Dismissal of Defendant BP West Coast Products, LLC Without Prejudice** |
| BP West Coast Products, LLC, et al, | ) |
| Defendants. | ) Case to Remain Open with Remaining Defendants |

IT IS SO ORDERED THAT Defendant, BP West Coast Products, LLC, is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2). Case is to remain open with remaining Defendant Paul & Paul, Inc.


Date:  7/12/2012


/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-1319-JAM-CKD 1

PDF created with pdfFactory trial version www.pdffactory.com